THE PEOPLE OF THE STATE OF NEW YORK v. AMERIGO MANCUSO.— Motion to dismiss appeal granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. IRVING BANK-COLUMBIA TRUST COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant Bank of Sheepshead Bay procure the proposed record on appeal to be served upon the attorney for the respondent on or before February 24, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

PAUL TIETZ, as Administrator, etc., of DELLA BENSON TIETZ, Deceased, v. PAUL VIANE and Others, Impleaded with THE CITY OF NEW YORK and Another. — Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS COHEN, Doing Business, etc., v. NATHAN STRAUSS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JEAN COLBERT v. MANNING STIRES.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

DAVID ABOUDI v. GREAT AMERICAN INSURANCE COMPANY, NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

MARY HERMAN v. THE WESTERN UNION TELEGRAPH COMPANY. JOE HERMAN v. THE WESTERN UNION TELEGRAPH COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE TRAVELERS INSURANCE COMPANY v. WILFRED C. MULLIGAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NICHOLAS PALLAS v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay pending the granting or final refusal of leave to appeal by the Court of Appeals granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMMERCIAL CREDIT CORPORATION v. NORTHERN WESTCHESTER BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL L. GOLDSTEIN v. JACOB SHAPIRO.— Motion granted; questions certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

J. J. NEWBERRY COMPANY v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAISLER HEATING COMPANY v. CHARLES GOODMAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THEODORE C. DE KANTERS v. GEORGE H. BURR and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.